IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTORIA L. SCHU, ) | |
| ) | |
| Plaintiff, ) | 8:06cv315 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| STATE OF NEBRASKA, et al., ) | |
| ) | |
| Defendant. ) | |

On April 12, 2006 (Filing No. 6), the plaintiff, Victoria L. Schu, was given until May 19, 2006, to file an Amended Complaint stating a claim on which relief may be granted. In Filing No. 6, the plaintiff was warned that in the absence of an Amended Complaint by May 19, 2006, this case would be subject, without further notice, to dismissal without prejudice.

There has been no response by the plaintiff. In addition, mail to the plaintiff from the court has been returned, with no known forwarding address. Unfortunately, therefore, the court cannot communicate directly with the plaintiff. In the circumstances, the plaintiff's complaint and the above-entitled case are dismissed, without prejudice, as abandoned. A separate judgment will be entered accordingly.

SO ORDERED.

DATED this 1st day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge